UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BERNARD ALLEN,
    PLAINTIFF,

3: CV 05-1171

v.

COMPLAINT PURSUANT
FED. R. CIV. P. RULE (3)

SIS LT. HEATH
SHU LT. COBBERSON
2 UNIT TEAM
LAZARDI, COUNSELOR
JAMES, PROPERTY OFFICER
WATSON, OFFICER
DUGAN, OFFICER
MARKY, OFFICER
SADLER, OFFICER, INDIVIDUALLY AND
IN THEIR OFFICIAL CAPACITIES,
    DEFENDANTS

FILED
SCRANTON
JUN 13 2005
PER _____
DEPUTY CLERK

THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C SECTION 2201 AND 2202. PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C SECTION 223 & 2284 AND RULE 65 OF THE FED. R. CIV. P.

FACTS

APRIL 8th 2005 I WAS TRANSFERRED BY BUS FROM THE CUSTODY OF FDC PHILADELPHIA (FDC) BY THE U.S. MARSHALLS AND PLACED IN THE CUSTODY OF U.S.P LEWISBURG (USP) STAFF AT HARRISBURG PA. AIRPORT.

UPON STEPPING FROM THE BUS AT THE AIRPORT INTO THE CUSTODY OF USP LEWISBURG STAFF I WAS VIOLENTLY SNATCHED BY TWO UNKNOWN MEN WITH U.S.P LOGO'S FROM THE BUS I ARRIVED, THEY LITERALLY IN A VIOLENT MANNER DRAGGED ME BY FORCE ON THE ~~GRAVE~~ GROUND (APPROXIMATELY 40 YARDS) BEFORE BEING

1 OF 7

thrown up against the side of the bus I was assigned to travel to USP Lewisburg upon.

A Lt. identified himself after he stated "I heard alot of bad things about you piece of shit, you gonna have a long stay a Lewisburg". "I heard what happen at FDC..." As he slamming my head against the side of the bus telling me to shut up.

To conclude this verbal and physical assault the two men forcefully guided me to board the bus then pushed me so violently up the bus steps I stumbled into the back of another officer who turned around using profanity as he grabbed me throwing me down the bus steps.

From the conclusion to start of these events SIS Lt. Sue Heath followed behind or stood to the side watching without attempting to intervene or prevent the assault.

On or about 4/9/05 I was taken to a conference titled "Quade" where I was threaten and informed by various officials in suits (administrative title unknown) "Those guys behind you not playing they will beat you up".

On or about 4/14/05 my personal property arrived from FDC to U.S.P I was informed to get dressed to be escorted to Receiving & Discharge (R&D) to review my property; during which time I noticed various items such as personal, business, legal papers also other items were not present.

While there through conversation I was informed "Most of us are family or friends this is our house we run it and we look out for each other".

The R&D officer immediately escorted me to Special Housing Unit (SHU) property officer Jamee informing him I was given some legal material but I am in need of additional.

On 4/18/05 I received a letter from the Third Circuit Court of Appeals informing me of deadlines.

On 4/19/05 I hand delivered a copout with the letter from the court requesting it be given to Jamee so I could obtain legal material also informing him about the deadlines.

Between 4/15/05 though to 4/24/05 via institutional mail I sent

JAMES & SHU LT. GABERSON REQUEST EVERYDAY PLEADING TO BE GIVEN ACCESS TO MY LEGAL MATERIAL BUT RECEIVED NO ACKNOWLEDGEMENT NOR AUTHORIZATION.

ON 4/24/05 I WAS REMOVED FROM CELL 301 IN THE SHU TO A SHU STRIPOUT CAGE, WHILE WAITING COUNSELOR LAZARDI BY LAUNDRY BAG REMOVED ALL LEGAL ITEMS BELONGING TO ME FROM CELL 301.

I WAS INFORMED I WILL BE REMOVED FROM THE SHU BLOCK AND WILL BE PLACED ON G-BLOCK, IN ADDITION OFFICER WATSON INFORMED ME SIS LT. HEATH ORDERED HIM TO CONFISCATE MY CRIMINAL LEGAL MATERIAL FOR SIS INVESTIGATION.

I ASKED OFFICER WATSON INVESTIGATE MY CRIMINAL LEGAL MATERIAL FOR WHAT PURPOSE, IT DOESN'T HAVE ANYTHING TO DO WITH THIS INSTITUTION.

ON 4/25/05 I SPOKE WITH HEATH AND REQUESTED MY LEGAL MATERIAL BE RETURNED, SHE INFORMED ME I WOULD GET THE LEGAL MATERIAL WHEN I RETURN TO SHU BUT NOT WHILE I AM ASSIGNED TO BE AHEAD IN G-BLOCK.

ON OR ABOUT 4/27/05 I RETURNED TO SHU HOUSING IN SEQUENCE WITH SIS LT. HEATH ENTERING THE SHU STAIRCASE HEADED TOWARD THE SHU HOUSING AREA. I ASKED "WHEN WILL I BE GIVEN MY LEGAL MATERIAL." SHE STATED "YOU HAVE TO ASK SHU LT. GABERSON."

AS SHE EXITED LT. GABERSON ENTERED FROM SHU'S BASEMENT AREA I ASKED HIM ABOUT THE LEGAL MATERIAL HE STATED "PUT IN A REQUEST"

BETWEEN 4/27/05 AND MAY 16, 2005 EVERYDAY I SUBMITTED REQUEST TO JAMES AND GABERSON ABOUT MY LEGAL MATERIAL.

THE DAYS I VERBALLY SPOKE WITH THEM THEY WERE RUDE, WAVED ME OFF OR JUST IGNORED ME.

ON OR ABOUT 5/3/05 CAPTAIN OLIVER WAS CONDUCTING ROUNDS AND I INFORMED HIM: Ⓐ I HAVE A MAY 9 AND MAY 11, 2005 DEADLINE FOR THE COURTS AND SHU STAFF IS DELIBERATELY DENIEING ME ACCESS TO OBTAIN LEGAL MATERIAL. Ⓑ I INFORM THE SHU LT. MULTIPLE TIMES, AND PROVIDE LEGAL DOCUMENTS.

IMMEDIATELY OLIVER CONTACTED GABERSON. GABERSON STATED "ALLEN WAS TAKEN TO G-BLOCK, RETURN TO SHU ON..., NOW HE EXPECTS TO BE PLACED WITH HIS PROPERTY BEFORE THOSE WHO JUST CAME TO SHU ALSO"

I INFORMED THE CAPTAIN, I HAVE DEADLINES IN COURT, MY LEGAL MATERIAL

3 OF 7

SHOULD HAVE NEVER BEEN TAKEN ALSO I'VE BEEN TRYING TO GET MY LEGAL ITEMS SINCE APRIL 18th I CAN UNDERSTAND IF I WANTED ANYTHING ELSE FROM PROPERTY BUT I AM BEING DENIED SOMETHING CONCERNING MY LIFE.

THREE ADDITIONAL WEEKS PAST AND I STILL HAVE NOT BEEN AUTHORIZED LEGAL MATERIAL AND MISSED BOTH DEADLINES.

ON MAY 18th 2005 I RECEIVED A LETTER FROM MY ATTORNEY INFORMING ME SHE HAD BETWEEN 60 TO 90 DAYS REMAINING TO WRITE AND FILE THE APPEAL BRIEF ASKING DID I HAVE ANY ISSUES PREPARED.

ON MAY 19th I SUBMITTED A REQUEST TO MAKE A LEGAL CALL TO THE COURTS (ATTACHED EXHIBIT A).

I WAS DENIED THE LEGAL CALL ALSO I WAS INFORMED IF I AM GRANTED AUTHORIZATION I WOULD HAVE TO PAY $10.00, PLUS A $1.00 SURCHARGE FOR EACH MINUTE EVEN IF I DON'T GET THROUGH.

THERE IS NO POLICY STATING INMATES MUST PAY FOR LEGAL CALLS IN ADDITION & PROVIDE LETTERS FROM THE COURT & ATTORNEY PROVING IMMINENT DEADLINES.

I WAS ALSO DENIED ACCESS TO CONTACT MY ATTORNEY TO SPEAK WITH HER ABOUT MY APPEAL.

IMMEDIATELY ATTEMPTED TO FOLLOW THE BUREAU OF PRISON (B.O.P) ADMINISTRATIVE REMEDY (ADR) TO RESOLVE ALL OF THE ISSUES MENTIONED ABOVE ONLY TO BE DELIBERATELY DENIED BY Q UNIT TEAM TO DENIE ME THE FORMS TO PROCESS MY COMPLAINTS.

ON THE INITIAL OCCASSION I HAND DELIVERED ON DOMESTIC PAPER "INMATE REQUEST TO STAFF" W/ COMPLAINTS TO BE PLACED ON "8½ FORMS" WHICH BEGINS THE B.O.P ADMINISTRATIVE REMEDY PROCESS, 20 DAYS PAST AND ALL I HAVE RECEIVED WERE EVASIVE ANSWERS CONCERNING THERE WHERE ABOUTS, BUT THEY HAVE NOT BEEN PROCESSED.

I BEGIN TO SUBMIT REQUEST TO Q UNIT COUNSELOR ASKING FOR THE NECESSARY FORMS SO I MAY REITERATE THE B.O.P ADMINISTRATIVE REMEDY TO NO AVAIL TO DATE THE COMPLAINTS MENTIONED ABOVE HAS NOT BEEN FILED BY Q UNIT TEAM

On May 24, 2005 I was informed that my cell assignment was being changed from 009 basement to 314 3rd floor.

I packed my property mixed with my cellmates items together. It consisted of legal material and hygiene products.

My property was given to me about 20 minutes after I was placed in cell 314.

As I begin sorting through the material seprating my items from my cellmates I noticed items had been suffled and three of the legal envelopes were missing material. I went through the documents several times to make sure I was certain the material was not out of place.

I come to find documents, transcripts, docket sheets, case law, FED 30D reports were not present, also legal research manuals were gone.

The officer who escorted me to cell 314 returned to pick up lunch trays at that time I asked about my legal material in which officer Kulmi acted as if he didn't know what I was speaking about. I requested he get the captain or SHU Lt.

Moments later officer Souicé 3rd floor officer in charge came to 314 asking "Whats the problem" I told him "I need my legal papers returned I just placed the material in its proper place days prior." He says "What papers?" I stated "You know what papers I am speaking about can you just get me the captain or SHU Lt." All of a sudden he remembers what papers and refused my request to contact his superiors. He says "cuff up" I said "get the Lt. or captain." He said "Nah I'm not getting the captain or Lt. I'll handle this my way."

Approximately 3 minutes later a gang of officers approach the cell officer Duece, threathing with a can of gas, Kojack, Kulmi, Marks, two other unknown staff, stating "cuff up". I told them "you all are wrong you took my belongings all I want is my material return, I know it was there because I just viewed it." Duece to the gas started

3 of 7

AIMING THE GAS IN A THREATHING MANNER. SOMEONE STATED "BRING YOUR STUPID BLACKASS OVER HERE CUFF UP." ANOTHER SAID "RAID THE FUCKIN ROACH." OTHER INMATES WERE YELLING "GIVE HIM HIS CASE MATERIAL, WHAT YOU GASSING HIM FOR". ANOTHER INMATE YELLED "CUFF UP" "CUFF UP". "THEY DON'T LIKE OUR KIND OUT HERE, YOU HEARD HOW THEY DISRESPECT US."

I CUFFED, AND WAS ESCORTED TO SOME CAGE IN AN AREA AWAY FROM THE INMATES & PUSHED INTO THE CAGE STUMBLING. I WAS IN THE CAGE NEARLY 4 1/2 HOURS OF THE DAY SHIFT, OFFICER DUECE THREATEN TO TOSS ME DOWN THE STAIRSWELL IF I SAID ANYTHING OR CAUSED TROUBLE AND BOLICE CONCURRED.

I ATTEMPTED EXPLAINING I JUST WANT MY PAPERS SO I COULD DO MY LEGAL WORK CONCERNING MY APPEAL AND THAT I AM NOT LOOKING FOR TROUBLE

ONE OF THE OFFICERS MENTIONED ABOUT AN INCIDENT AT SCHUYLKILL WHERE SHO/LT. GARBERSON WAS WORKING WHEN I INITIALLY ~~[crossed out]~~ DESIGNATED TO THE B.O.P. I TOLD THE OFFICER THAT WAS THE PAST FURTHERMORE STAFF WAS HARASSING ME AT SCHUYLKILL SO YOU DON'T KNOW WHAT HAPPEN AT SCHUYL-KILL".

OFFICER BOLICE INFORMED ME, HE SEARCH MY PROPERTY AND THE MATERIAL WAS IN THE TRASH AND I WASN'T GETTING IT BACK.

I INFORMED HIM I WOULD PETITION THE COURT AND BEGAN THIS MISSION TO OBTAIN A RESTRAINING ORDER OR PRELIMINARY INJUNCTION.

SINCERELY I BELIEVE I AM BEING RETALIATED AGAINST BECAUSE OF ISSUES THAT MAY HAVE OCCURED WITH AT OTHER PRISONS.

THESE INCIDENTS ARE SEPARATE BUT REPETITIVE IN A CONSISTANT SEQUENCE AS A RESULT I MISSED COURT DEADLINES WHICH HAS MY APPEAL IN JEPORDY, LEGAL DOCUMENTS ARE MISSING CONCERNING MY CRIMINAL CASE AND I AM BEING DENIED ACCESS TO RESOLVE LEGAL ISSUES WITH THE COURTS CONDUCT LEGAL BUSINESS WITH MY ATTORNEY AND BEING DENIED THE OPPORTUNITY TO RESOLVE THE ISSUES MENTIONED WITHIN THE B.O.P ADMINIST-RATIVE REMEDY PROGRAM DESIGNED TO SOLVE INTERNAL ISSUES.

I NEED MY MATERIALS RETURNED AND RENEWED ACCESS TO THE COURTS

WITHOUT OBSTACLES, TAMPERING.

THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER A JUDGEMENT GRANTING PLAINTIFFS:

A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS HEATH, GABERSON, S UNIT TEAM, LAZARUS, JAMES, WATSON, DUECE, MARK, SOLOICE, TAMPERING WITH PLAINTIFFS LEGAL MATERIAL, CONFISCATING LEGAL MATERIAL UNDER FALSE PRETEXT, TAMPERING WITH ADMINISTRATIVE REMEDY, REFUSING TO AUTHORIZE ACCESS TO HIS LEGAL ATTORNEY AND COURT OFFICERS TO CONDUCT LEGAL BUSINESS, REFUSING TO AUTHORIZE ACCESS TO HIS LEGAL/PERSONAL PROPERTY SO PLAINTIFF CAN OBTAIN LEGAL MATERIAL TO PREPARE COURT DOCUMENTS.

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED UPON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED AT LEWISBURG PENNSYLVANIA ON JUNE 7th 2005

*Bernard Allen*
BERNARD ALLEN

BERNARD ALLEN 83055054 / MAY 19, 2005
UNIT TEAM                      008

MAY I PLEASE BE GRANTED A LEGAL PHONE CALL I AM PREPARING A APPEAL FOR THE COURTS AND I AM IN NEED OF DOCUMENTS AS WELL AS OTHER INFO FROM THE COURT.

COURT REPORTER / CLERK  914-390-4103 & 914-390-4091

IF YOU NEED DOCUMENTS TO VERIFY MY CLAIM I AM IN POSSESSION OF SEVERAL.

---

8. [ INMATE ◄TELEPHONE► CALLS TO ATTORNEYS § 540.103. The Warden may not apply frequency limitations on inmate ◄telephone► calls to attorneys when the inmate demonstrates that communication with attorneys by correspondence, visiting, or normal ◄telephone► use is not adequate.]

The Bureau provides each inmate with several methods to maintain confidential contact with his or her attorney. For example,

P.S. 5264.06

December 22, 1995

Page 11

inmate-attorney correspondence is covered under the special mail provisions; private inmate-attorney visits are provided; and the inmate is afforded the opportunity to place an occasional unmonitored call to his or her attorney. Based on these provisions, frequent confidential inmate-attorney calls should be allowed only when an inmate demonstrates that communication with his or her attorney by other means is not adequate. For example, when the inmate or the inmate's attorney can demonstrate an imminent court deadline (see the Program Statements on Inmate Correspondence and Inmate Legal

TRY WRITING, They probably won't take A collect call. time + charges, cost $10. surcharge,

Bernard Allen 83035054
U.S.P., P.O.B 1000
Lewisburg, PA 17837
June 8, 2005

Court Clerk,
U.S.D.C Middle Dist.
235 N. Washington
P.O.B 1148
Scranton, PA 18501

To whom it may concern:

Can you please file the enclosed as soon as your schedule permits. Thank you for your time and assistance with this matter.

Enclosed is one original and one carbon copy.

Bernard Allen



3: CV-05-

BERNARD ALLEN 53035-054
U.S.P., POB 1000
LEWISBURG, PA 17837
UNITED STATES PENITENTIARY

Legal Mail

CORT CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 N. WASHINGTON AVE.
P.O. B 1148
SCRANTON, PA 18501

RECEIVED
SCRANTON
JUN 13 2005
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Legal Mail

Legal Mail